# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Kimberly Sierra,<br><br>                    Plaintiff,<br><br>vs.<br><br>Comfort Care Transport Services, Inc.,<br>and Linda Kenney,<br><br>                    Defendant. | CIVIL ACTION FILE<br><br>NO. 4:16-cv-31-HLM |

## CORRECTED JUDGMENT ON NON-JURY VERDICT

This action came before this Court as a non-jury trial, the Court, the Honorable Harold L. Murphy, U.S. District Judge presiding. The issues having been presented, and the Court having issued its order, it is

**Ordered and Adjudged** that the Plaintiff, Kimberly Sierra, recover from the Defendants, Comfort Care Transport Services, Inc. and Linda Kenney, the sum of 7,082.84 Dollars ($ 7,082.84) with interest thereon at the legal rate as provided by law, together with costs.

                                        JAMES N. HATTEN
                                        CLERK OF COURT


                               By:   s/D. Burkhalter
                                        Deputy Clerk


Prepared, filed, and entered
in the Clerk's Office
    March 13, 2018
James N. Hatten
Clerk of Court


By:   s/D.Burkhalter
        Deputy Clerk